**FILED**

J :N   NOV 2 7 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Evelyn Sparks, Jessica M. Williams, Lisa
Johnson, Chassitte Cobb, Monica Guinta,
Lauren A. Hodges, Katherine Lynom,
Paula Parson-Chambers, Jamie Lynn
Puckett, Robin E. Barrett, Elizabeth
Suzanne Boyda, Eulalia Castilla, Cynthia
L. Castilla, Courtney A. Collins, Kinsey
M. Diomede, Danisha J. Feazell, Hollis
Goldberg, Tiana Key, Gina Klein, Sarah
F. Kontuly, Claudette C. Manning, Tracy
Lynne Mavel, Holly McDaniel, Lissette
Menendez, Quinzola R. Neely, Lauren J.
Rubin, Allison L. Stalmack, Hillary J.
Sterling, Sara T. Thomas, Dhyia M.
Thompson, Erika Lyn Young, Elisha E.
Sosa, Antoinette L. Teske, Leslie
Williams-Ogletree, Gregory M. Alpert,
James A. Brown, Jamal Broy, Jack
Thomas Callahan, Douglas A. Cohn, John
Seth Collins, Adam Croft, Michael W.
Davis, Timothy Davoren, Grant J.
Erlandson, John J. Figore IV, Matthew
Fisch, Ben Forrest, Keith M. Gordon,
James Madison Hale, Brent Hall, Andrew
Haverkampf, Jason R. Hedlund, Judd
Hirschfeld, Daniel Hoover, Sylvester J.
Kerwin III, Gene Konrad Kuhn, Joseph
M. Laskowski, Andrew Lundsberg,
Patrick Monagan, Brian Morgan, Timothy
D. Morris, Seann O'Gara, Kym Orange
Jr, Dwayne B. Overton, Richard W.
Schager, Thomas J. Soehlke, Andrew
Solomon, Jeffrey J. Stachon, Mark
Taussig, Matthew C. Trees, Frank R.
Urso, Adam Wakefield, Chad Wakefield,
Michael J. Wallace, Kevin P. Welsh,
Dana E. Nelson, Brad Angeles,
Christopher Cherubini, Guy Doggan Jr.,
Anthony R. Dorn, Mark S. Goldberg,
Steven D. Green, Robert A. Gustafson,
Ryan Samuel Hebert, Jeffrey Scott
Jackson, Daniel S. Johnson, Nicholas C.
Klein, Robert Kohler, Timothy Layman,
Anthony M. Ledvina, Shawn McCabe,
David Plamondon, John Power, William
Shanahan, Andre J. Smith, Brian Tiell,
John Wayman, Michael Whelan, Timothy

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.**

**JURY TRIAL DEMANDED**

06cv6461
JUDGE ST. EVE
MAG. JUDGE VALDEZ

J. Wiese, Stephen James Wilson, John )
Layne, Patrick Cullen, Christopher )
Heimel, and David Kreidler, )
                                                )
           *Plaintiffs,*          )
    v.                         )
                                                  )
C.H. Robinson Worldwide, Inc., )
                                                )
          *Defendant.*         )
                                                )

# **COMPLAINT**

Plaintiffs Evelyn Sparks, Jessica M. Williams, Lisa Johnson, Chassitte Cobb, Monica Guinta, Lauren A. Hodges, Katherine Lynom, Paula Parson-Chambers, Jamie Lynn Puckett, Robin E. Barrett, Elizabeth Suzanne Boyda, Eulalia Castilla, Cynthia L. Castilla, Courtney A. Collins, Kinsey M. Diomede, Danisha J. Feazell, Hollis Goldberg, Tiana Key, Gina Klein, Sarah F. Kontuly, Claudette C. Manning, Tracy Lynne Mavel, Holly Marie McDaniel, Lissette Menendez, Quinzola R. Neely, Lauren J. Rubin, Allison L. Stalmack, Hillary J. Sterling, Sara T. Thomas, Dhyia M. Thompson, Erika Lyn Young, Elisha E. Sosa, Antoinette L. Teske, Leslie Williams-Ogletree, Gregory M. Alpert, James A. Brown, Jamal Broy, Jack Thomas Callahan, Douglas A. Cohn, John Seth Collins, Adam Croft, Michael W. Davis, Timothy Davoren, Grant J. Erlandson, John J. Figore IV, Matthew Fisch, Ben Forrest, Keith M. Gordon, James Madison Hale, Brent Hall, Andrew Haverkampf, Jason R. Hedlund, Judd Hirschfeld, Daniel Hoover, Sylvester J. Kerwin III, Gene Konrad Kuhn, Joseph M. Laskowski, Andrew Lundsberg, Patrick Monagan, Brian Morgan, Timothy D. Morris, Seann O'Gara, Kym Orange Jr, Dwayne B. Overton, Richard W. Schager, Thomas J. Soehlke, Andrew Solomon, Jeffrey J. Stachon, Mark Taussig, Matthew C. Trees, Frank R. Urso, Adam Wakefield, Chad Wakefield, Michael J. Wallace, Kevin P. Welsh, Dana E. Nelson, Brad Angeles, Christopher Cherubini, Guy Doggan Jr.,

2

Anthony R. Dorn, Mark S. Goldberg, Steven D. Green, Robert A. Gustafson, Ryan Samuel Hebert, Jeffrey Scott Jackson, Daniel S. Johnson, Nicholas C. Klein, Robert Kohler, Timothy Layman, Anthony M. Ledvina, Shawn McCabe, David Plamondon, John Power, William Shanahan, Andre J. Smith, Brian Tiell, John Wayman, Michael Whelan, Timothy J. Wiese, Stephen James Wilson, John Layne, Patrick Cullen, Christopher Heimel, and David Kreidler, for their Complaint against defendant C.H. Robinson Worldwide, Inc., allege and state as follows:

## PROCEDURAL HISTORY

1.     The individual Fair Labor Standards Act ("FLSA") overtime wage violation claims alleged in this Complaint were originally asserted in *Carlson, et al. v. C.H. Robinson Worldwide, Inc.*, Civil No. 02-3780 (JNE/JJG) (filed October 2, 2002; D. Minn.) and *Johnson, et al. v. C.H. Robinson Worldwide, Inc.*, Civil No. 02-4261 (JNE/JJG) (filed November 14, 2002; D. Minn.). On November 27, 2002, the *Carlson* and *Johnson* actions were consolidated for purposes of the common FLSA claims.

2.     On May 20, 2003, the *Carlson/Johnson* Court entered an order conditionally certifying separate § 216(b) classes for purposes of asserting overtime wage violation claims under the FLSA. The Court defined the class as "all present and former female/male salaried employees of C.H. Robinson located in the United States who are/were employed in a sales, operations or support position in the transportation (including intermodal and international), produce, Ross Division, T-Chek or CPDS units, and who worked more than forty hours in any week without receiving overtime pay at any time between October 2, 1999/November 7, 1999 and the present."

3.     Plaintiffs subsequently filed their respective consents to join the *Carlson* and *Johnson* lawsuits for purposes of asserting their FLSA overtime wage violation claims.

431902

4.     On September 27, 2006, the *Carlson/Johnson* Court entered an order decertifying the collective action classes, dismissing without prejudice the FLSA overtime wage violation claims of Plaintiffs, among others, and staying the order for thirty days. By agreement of the parties, the stay was extended an additional thirty days. Accordingly, plaintiffs have timely re-filed their FLSA claims herein.

**PARTIES**

A.     **Plaintiffs**

5.     Plaintiff Evelyn Sparks is a female resident of Chicago, Illinois. She was hired by CHRW in October 1997, and was employed in a support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

6.     Plaintiff Jessica M. Williams is a female resident of South Bend, Indiana. She was hired by CHRW in June 2000, and was employed in a produce sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

7.     Plaintiff Lisa Johnson is a female resident of Chicago, Illinois. She was hired by CHRW in November 2001, and was employed in a support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

8.     Plaintiff Chassitte Cobb is a female resident of Matteson, Illinois. She was hired by CHRW in November 1999, and was employed in a support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

4

9. Plaintiff Monica Guinta is a female resident of Scottsdale, Arizona. She was hired by CHRW in June 1999 and was employed in a support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

10. Plaintiff Lauren Hodges is a female resident of Naperville, Illinois. She was hired by CHRW in May 2000, and was employed in a support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

11. Plaintiff Katherine Lynom is a female resident of Chicago, Illinois. She was hired by CHRW in October 2001, and was employed in a support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

12. Plaintiff Paula Parson-Chambers is a female resident of Chicago, Illinois. She was hired by CHRW in September 1999, and was employed in a support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

13. Plaintiff Jaime Lynn Puckett is a female resident of Studio City, California. She was hired by CHRW in June 2001, and was employed in a support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

14. Plaintiff Robin E. Barrett is a female resident of Matteson, Illinois. She was hired by CHRW in January 1998, and was employed in a transportation sales position in the Chicago

5

Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

15.     Plaintiff Elizabeth S. Boyda is a female resident of Greenwood, Indiana. She was hired by CHRW in August 1998, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

16.     Plaintiff Eulalia Castilla is a female resident of Chicago, Illinois. She was hired by CHRW in January 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

17.     Plaintiff Cynthia Castilla is a female resident of Chicago, Illinois. She was hired by CHRW in January 1992, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

18.     Plaintiff Courtney A. Collins is a female resident of Long Grove, Illinois. She was hired by CHRW in July 2002, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

19.     Plaintiff Kinsey M. Diomede is a female resident of Chicago, Illinois. She was hired by CHRW in October 1997, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

431902

20.     Plaintiff Danisha J. Feazell is a female resident of Rantoul, Illinois. She was hired by CHRW in June 2001, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

21.     Plaintiff Hollis Goldberg is a female resident of Highland Park, Illinois. She was hired by CHRW in September 1997, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

22.     Plaintiff Tiana Key is a female resident of Michigan City, Indiana. She was hired by CHRW in June 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

23.     Plaintiff Gina Klein is a female resident of Chicago, Illinois. She was hired by CHRW in June 1998, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

24.     Plaintiff Sarah F. Kontuly is a female resident of Chicago, Illinois. She was hired by CHRW in June 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

25.     Plaintiff Claudette C. Manning is a female resident of Chicago, Illinois. She was hired by CHRW in July 1997, and was and continues to be employed in a transportation sales

7

position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

26.     Plaintiff Tracy Lynne Mavel is a female resident of South Lyon, Illinois. She was hired by CHRW in September 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

27.     Plaintiff Holly Marie McDaniel is a female resident of Champaign, Illinois. She was hired by CHRW in October 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

28.     Plaintiff Lissette Menendez is a female resident of Chicago, Illinois. She was hired by CHRW in June 2001, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

29.     Plaintiff Quinzola R. Neely is a female resident of Benton Harbor, Michigan. She was hired by CHRW in August 2001, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

30.     Plaintiff Lauren Rubin is a female resident of Chicago, Illinois. She was hired by CHRW in July 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

8

31.     Plaintiff Allison L. Stalmack is a female resident of Munster, Indiana. She was hired by CHRW in January 2002, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

32.     Plaintiff Hillary J. Sterling is a female resident of Boynton Beach, Florida. She was hired by CHRW in August 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

33.     Plaintiff Sara T. Thomas is a female resident of Indianapolis, Indiana. She was hired by CHRW in January 2002, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

34.     Plaintiff Dhyia M. Thompson is a female resident of Chicago, Illinois. She was hired by CHRW in October 2002, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

35.     Plaintiff Erika Lyn Young is a female resident of Libertyville, Illinois. She was hired by CHRW in June 1998, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

36.     Plaintiff Elisha E. Sosa is a female resident of Chicago, Illinois. She was hired by CHRW in October 2001, and was employed in a support position until January, 2002 and thereafter in a transportation sales position. While working in both positions, she was in the

9

Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

37. Plaintiff Antoinette L. Teske is a female resident of Chicago, Illinois. She was hired by CHRW in December 1998, and was employed in a support position until November, 2002 and thereafter in a transportation sales position. While working in both positions, she was in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

38. Plaintiff Leslie Williams-Ogletree is a female resident of Chicago, Illinois. She was hired by CHRW in May 1999, and was employed in a support position until December, 2001 and thereafter in a transportation sales position. While working in both positions, she was in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

39. Plaintiff Gregory M. Alpert is a male resident of Glencoe, Illinois. He was hired by CHRW in January 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

40. Plaintiff James A. Brown is a male resident of Buffalo Grove, Illinois. He was hired by CHRW in June 2001, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

41. Plaintiff Jamal Broy is a male resident of Chicago, Illinois. He was hired by CHRW in October 1997, and was employed in a transportation sales position in the Chicago

10

431902

Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

42.     Plaintiff Jack Thomas Callahan is a male resident of Chicago, Illinois. He was hired by CHRW in June 2000, and was and continues to be employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

43.     Plaintiff Douglas A. Cohn is a male resident of Oceanside, New York. He was hired by CHRW in January 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

44.     Plaintiff John Seth Collins is a male resident of Charleston, South Carolina. He was hired by CHRW in July 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

45.     Plaintiff Adam Croft is a male resident of Chicago, Illinois. He was hired by CHRW in June 1998, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

46.     Plaintiff Michael W. Davis is a male resident of Evanston, Illinois. He was hired by CHRW in June 2000, and was and continues to be employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

47.     Plaintiff Timothy Davoren is a male resident of Chicago, Illinois. He was hired by CHRW in January 2002, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

48.     Plaintiff Grant J. Erlandson is a male resident of Eagan, Minnesota. He was hired by CHRW in July 2001, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

49.     Plaintiff John J. Figore IV is a male resident of Chicago, Illinois. He was hired by CHRW in May 1997, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

50.     Plaintiff Matthew Fisch is a male resident of Chicago, Illinois. He was hired by CHRW in February 2000, and was and continues to be employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

51.     Plaintiff Ben Forrest is a male resident of Evansville, Indiana. He was hired by CHRW in June 2002, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

52.     Plaintiff Keith M. Gordon is a male resident of Atlanta, Georgia. He was hired by CHRW in November 2000, and was employed in a transportation sales position in the Chicago

Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

53. Plaintiff James Madison Hale is a male resident of Park Ridge, Illinois. He was hired by CHRW in June 2001, and was employed in a produce sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

54. Plaintiff Brent Hall is a male resident of Chicago, Illinois. He was hired by CHRW in June 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

55. Plaintiff Andrew Haverkampf is a male resident of Wilmette, Illinois. He was hired by CHRW in March 1997, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

56. Plaintiff Jason R. Hedlund is a male resident of Louisville, Kentucky. He was hired by CHRW in January 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

57. Plaintiff Judd Hirschfeld is a male resident of Chicago, Illinois. He was hired by CHRW in November 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

13

58. Plaintiff Daniel Hoover is a male resident of Chicago, Illinois. He was hired by CHRW in July 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

59. Plaintiff Sylvester J. Kerwin III is a male resident of Chicago, Illinois. He was hired by CHRW in January 2002, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

60. Plaintiff Gene Konrad Kuhn is a male resident of Coralville, Iowa. He was hired by CHRW in July 2001, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

61. Plaintiff Joseph M. Laskowski is a male resident of Madison, Indiana. He was hired by CHRW in July 1998, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

62. Plaintiff Andrew Lundsberg is a male resident of Atlanta, Georgia. He was hired by CHRW in May 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

63. Plaintiff Patrick Monagan is a male resident of Oak Park, Illinois. He was hired by CHRW in June 1990, and was and continues to be employed in a transportation sales position

14

431902

in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

64.     Plaintiff Brian Morgan is a male resident of Naperville, Illinois.  He was hired by CHRW in February 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

65.     Plaintiff Timothy D. Morris is a male resident of Wichita, Kansas.  He was hired by CHRW in May 1998, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

66.     Plaintiff Seann O'Gara is a male resident of Skokie, Illinois.  He was hired by CHRW in November 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

67.     Plaintiff Kym Orange Jr is a male resident of Forrest Park, Illinois.  He was hired by CHRW in June 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

68.     Plaintiff Dwayne B. Overton is a male resident of Lansing, Illinois.  He was hired by CHRW in February 1990, and was employed in a support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

69.     Plaintiff Richard W. Schager is a male resident of Chicago, Illinois. He was hired by CHRW in January 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

70.     Plaintiff Thomas J. Soehlke is a male resident of Chicago, Illinois. He was hired by CHRW in February 1988, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

71.     Plaintiff Andrew Solomon is a male resident of Gahanna, Ohio. He was hired by CHRW in September 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

72.     Plaintiff Jeffrey J. Stachon is a male resident of Chicago, Illinois. He was hired by CHRW in January 2001, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

73.     Plaintiff Mark Taussig is a male resident of Riverwoods, Illinois. He was hired by CHRW in April 1991, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

74.     Plaintiff Matthew C. Trees is a male resident of Chicago, Illinois. He was hired by CHRW in November 1999, and was employed in a transportation sales position in the

431902

Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

75. Plaintiff Frank R. Urso is a male resident of Plainfield, Illinois. He was hired by CHRW in March 2000, and was employed in a transportation sales and support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

76. Plaintiff Adam Wakefield is a male resident of Chicago, Illinois. He was hired by CHRW in June 2001, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

77. Plaintiff Chad Wakefield is a male resident of Chicago, Illinois. He was hired by CHRW in January 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

78. Plaintiff Michael J. Wallace is a male resident of Itasca, Illinois. He was hired by CHRW in May 1997, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

79. Plaintiff Kevin P. Welsh is a male resident of Denver, Colorado. He was hired by CHRW in September 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

431902

80.     Plaintiff Dana E. Nelson is a male resident of Chicago, Illinois. He was hired by CHRW in January 1998, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

81.     Plaintiff Brad Angeles is a male resident of Indianapolis, Indiana. He was hired by CHRW in February 1996, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

82.     Plaintiff Christopher Cherubini is a male resident of Missoula, Montana. He was hired by CHRW in November 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

83.     Plaintiff Guy Doggan Jr. is a male resident of Chicago, Illinois. He was hired by CHRW in September 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

84.     Plaintiff Anthony R. Dorn is a male resident of Chicago, Illinois. He was hired by CHRW in May 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

85.     Plaintiff Mark S. Goldberg is a male resident of Chesterfield, Massachusetts. He was hired by CHRW in September 1995, and was employed in a transportation sales position in

18

431902

the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

86.     Plaintiff Steven D. Green is a male resident of Chicago, Illinois. He was hired by CHRW in June 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

87.     Plaintiff Robert A. Gustafson is a male resident of Chicago, Illinois. He was hired by CHRW in July 1998, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

88.     Plaintiff Ryan Samuel Hebert is a male resident of Chicago, Illinois. He was hired by CHRW in June 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

89.     Plaintiff Jeffrey Scott Jackson is a male resident of Greenwood, Indiana. He was hired by CHRW in October 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

90.     Plaintiff Daniel S. Johnson is a male resident of Chicago, Illinois. He was hired by CHRW in June 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

431902

91.     Plaintiff Nicholas C. Klein is a male resident of Chicago, Illinois.  He was hired by CHRW in April 1997, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

92.     Plaintiff Robert Kohler is a male resident of Chicago, Illinois.  He was hired by CHRW in January 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

93.     Plaintiff Timothy Layman is a male resident of Dearborn, Michigan.  He was hired by CHRW in January 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

94.     Plaintiff Anthony M. Ledvina is a male resident of Austin, Texas.  He was hired by CHRW in April 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

95.     Plaintiff Shawn McCabe is a male resident of Denver, Colorado.  He was hired by CHRW in January 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

96.     Plaintiff David Plamondon is a male resident of Naples, Florida.  He was hired by CHRW in June 2000, and was employed in a transportation sales position in the Chicago Central

431902

Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

97.     Plaintiff John Power is a male resident of Highland, Indiana. He was hired by CHRW in May 1997, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

98.     Plaintiff William Shanahan is a male resident of Chicago, Illinois. He was hired by CHRW in August 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

99.     Plaintiff Andre J. Smith is a male resident of Markham, Illinois. He was hired by CHRW in April 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

100.    Plaintiff Brian Tiell is a male resident of San Diego, California. He was hired by CHRW in January 1997, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

101.    Plaintiff John Wayman is a male resident of Chicago, Illinois. He was hired by CHRW in May 1999, and was employed in a support position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

431902

102.    Plaintiff Michael Whelan is a male resident of Chicago, Illinois. He was hired by CHRW in January 1998, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

103.    Plaintiff Timothy J. Wiese is a male resident of Aurora, Illinois. He was hired by CHRW in March 1995, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

104.    Plaintiff Stephen James Wilson is a male resident of Maryland Heights, Missouri. He was hired by CHRW in June 1999, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

105.    Plaintiff John Layne is a male resident of Chicago, Illinois. He was hired by CHRW in January 1995, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

106.    Plaintiff Patrick Cullen is a male resident of Honolulu, Hawaii. He was hired by CHRW in September 1997, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

107.    Plaintiff Christopher Heimel is a male resident of Chicago, Illinois. He was hired by CHRW in August 1997, and was employed in a transportation sales position in the Chicago

431902

Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

108.   Plaintiff David Kreidler is a male resident of Bethlehem, Pennsylvania. He was hired by CHRW in January 2000, and was employed in a transportation sales position in the Chicago Central Branch and was classified by C.H. Robinson Worldwide, Inc. as an exempt, salaried employee during the FLSA liability period.

**B.     Defendant**

109.   Defendant C.H. Robinson Worldwide, Inc. ("CHRW") is a Delaware corporation with its principal place of business in Eden Prairie, Minnesota. It is engaged in the third-party transportation logistics industry. It employs more than 5,000 employees in the United States. CHRW maintains a nationwide branch network, including a branch office in Chicago, Illinois (the "Chicago Central Branch"), where it employs/ed Plaintiffs.

**JURISDICTION AND VENUE**

110.   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207.

111.   Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because CHRW resides or may be found in this District.

**FACTS**

112.    CHRW misclassified Plaintiffs as exempt employees for purposes of the FLSA.

113.    CHRW required Plaintiffs to work in excess of forty hours per week on a regular basis.

23

114. CHRW regularly failed to pay Plaintiffs at the FLSA prescribed overtime pay rate for the hours they worked in excess of forty hours in a week.

115. CHRW did not keep records of the overtime hours worked by Plaintiffs.

116. CHRW knew or should have known that Plaintiffs did not perform work that even arguably qualified them as exempt pursuant to the FLSA.

117. Plaintiffs did not have as their primary duty the performance of office work directly related to CHRW's policies or the general business operations of CHRW's customers. Rather, they were engaged in the production of CHRW's service.

118. The basic job duties of Plaintiffs working in sales were limited to some or all of the following: (a) taking customer orders; (b) providing rate quotes; (c) entering orders in the computer system; (d) arranging third-party transportation vendors; (e) coordinating freight pick up and delivery; and, (f) monitoring shipment. These job duties do not give rise to an exemption under the FLSA.

119. Plaintiffs working in support positions carried out routine clerical duties. These job duties do not give rise to an exemption under the FLSA.

120. Plaintiffs' pay was subject to actual deductions, or to the significant likelihood of deductions, in amounts equal to less than one day's pay, for absences of less than a day for personal reasons, sickness or disability, or for disciplinary reasons, or at the discretion of the branch manager.

## COUNT 1 – FAILURE TO PAY OVERTIME COMPENSATION

121. Plaintiffs restate and reallege the allegations contained in Paragraphs 1 through 120 as though set forth here in full.

24

122. Plaintiffs worked significantly more than forty hours in a week on a regular basis, and did not receive overtime compensation from CHRW in violation of the FLSA.

123. CHRW did not have a good faith basis for believing that its failure to pay overtime compensation to Plaintiffs was in compliance with the FLSA.

124. CHRW's systematic failure to pay overtime compensation to Plaintiffs constitutes a repetitive willful violation of the FLSA.

125. CHRW frequently deducted from the Chicago Central Branch's salaried employees' pay amounts equal to less than one day's pay for absences of less than a day for personal reasons, sickness or disability, or for disciplinary reasons, or at the discretion of the branch manager, so that Plaintiffs' pay was subject to actual, or to the significant likelihood of, improper pay deductions.

126. CHRW's repeated failures to compensate Plaintiffs on a salaried basis constitutes a repetitive willful violation of the FLSA.

127. As a result of CHRW's violations of the FLSA, Plaintiffs are entitled to recover unpaid overtime compensation plus interest thereon or liquidated damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray that the Court: (1) declare that defendant C.H. Robinson Worldwide, Inc. violated their respective rights under the FLSA; (2) enjoin defendant C.H. Robinson Worldwide, Inc. from further violations of the FLSA; (3) award them actual damages plus interest or liquidated damages under the FLSA; and, (4) award them their costs including, but not limited to, attorneys' fees, experts' fees, and other costs and expenses incurred to prove their claims.

25

# JURY DEMAND

Plaintiffs demand trial by jury on all issues triable of right by jury.

LOCAL COUNSEL
L. Steven Platt (IL Atty # 3122005)
ARNOLD AND KADJAN
19 W. Jackson, 3rd Floor
Chicago, IL 60604
(312) 236-0415

*Attorney for Plaintiffs*

Seymour J. Mansfield (MN Atty # 67271)
Lawrence P. Schaefer (MN Atty # 195583)
Of Counsel to Mansfield Tanick & Cohen
Charles A. Horowitz (MN Atty # 294767)
Jean B. Roth (MN Atty # 0348181)
MANSFIELD TANICK & COHEN
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511
(612) 339-4295

*Attorneys for Plaintiffs Gregory M. Alpert, James A. Brown, Jamal Broy, Jack Thomas Callahan, Douglas A. Cohn, John Seth Collins, Adam Croft, Michael W. Davis, Timothy Davoren, Grant J. Erlandson, John J. Figore IV, Matthew Fisch, Ben Forrest, Keith M. Gordon, James Madison Hale, Brent Hall, Andrew Haverkampf, Jason R. Hedlund, Judd Hirschfeld, Daniel Hoover, Sylvester J. Kerwin III, Gene Konrad Kuhn, Joseph M. Laskowski, Andrew Lundsberg, Patrick Monagan, Brian Morgan, Timothy D. Morris, Seann O'Gara, Kym Orange Jr, Dwayne B. Overton, Richard W. Schager, Thomas J. Soehlke, Andrew Solomon, Jeffrey J. Stachon, Mark Taussig, Matthew C. Trees, Frank R. Urso, Adam Wakefield, Chad Wakefield, Michael J. Wallace, Kevin P. Welsh, Dana E. Nelson, Brad Angeles, Christopher Cherubini, Guy Doggan Jr., Anthony R. Dorn, Mark S. Goldberg, Steven D. Green, Robert A. Gustafson, Ryan Samuel Hebert, Jeffrey Scott Jackson, Daniel S. Johnson, Nicholas C. Klein, Robert Kohler, Timothy Layman, Anthony M. Ledvina, Shawn McCabe, David Plamondon, John Power, William Shanahan, Andre*

*J. Smith, Brian Tiell, John Wayman, Michael Whelan, Timothy J. Wiese, Stephen James Wilson, John Layne, Patrick Cullen, Christopher Heimel, and David Kreidler*

Steven M. Sprenger (DC Atty # 418736)
Michael Lieder (DC Atty # 444273)
SPRENGER & LANG, PLLC
1400 Eye Street, N.W., Suite 500
Washington, D.C. 20005
(202) 265-8010

*Attorneys for Plaintiffs Evelyn Sparks, Jessica M. Williams, Lisa Johnson, Chassitte Cobb, Monica Guinta, Lauren A. Hodges, Katherine Lynom, Paula Parson-Chambers, Jamie Lynn Puckett, Robin E. Barrett, Elizabeth Suzanne Boyda, Eulalia Castilla, Cynthia L. Castilla, Courtney A. Collins, Kinsey M. Diomede, Danisha J. Feazell, Hollis Goldberg, Tiana Raeshel Key, Gina Klein, Sarah F. Kontuly, Claudette C. Manning, Tracy Lynne Mavel, Holly Marie McDaniel, Lissette Menendez, Quinzola R. Neely, Lauren J. Rubin, Allison L. Stalmack, Hillary J. Sterling, Sara T. Thomas, Dhyia M. Thompson, Erika Lyn Young, Elisha E. Sosa, Antoinette L. Teske, and Leslie Williams-Ogletree*

27

431902